

## Providence Medical Group
2723 South 7th Street
Terre Haute, IN 47802
(812) 232-8164
(812) 234-6391 (fax)

### Resting Echocardiogram Report



05019-089

| | |
|---|---|
| **Name:** MILLER, RANDALL E | **Study Date:** 10/03/2016 08:44 AM |
| **MRN:** P00282 | |
| **DOB:** ▊▊▊59 | **Gender:** Male |
| **Age:** 57 yrs | **Height:** 71 in |
| **Primary Care Physician:** Wilson, W. Eric, M.D. | **Weight:** 200 lb |
| **Reason For Study:** Dyspnea | **BSA:** 2.1 meters$^2$ |
| **CPT Code:** 93306 Comp. Echo w/Doppler & Color. | |

### MMode/2D Measurements & Calculations

IVSd: 1.0 cm     LVIDd: 5.0 cm     FS: 28 %     Ao root diam: 3.6 cm
                 LVIDs: 3.6 cm                  LA dimension: 3.3 cm
                 LVPWd: 0.80 cm

LVOT diam: 1.6 cm

### Doppler Measurements & Calculations
MV E/A: 0.89     AVA(I,D): 1.4 cm$^2$

## Interpretation Summary
STUDY PERFORMED 09/29/2016. The left ventricle is normal in size.
Left ventricular systolic function is normal.
Ejection Fraction = 55-60%.
The transmitral spectral Doppler flow pattern is suggestive of impaired LV relaxation.
There is mild mitral valve prolapse.
There is mild mitral regurgitation.
The atrial septum is aneurysmal.
There is trace tricuspid regurgitation.

### Left Ventricle
A complete 2-D, M-Mode echocardiogram was performed utilizing doppler and color-flow mapping showing the following results:. The left ventricle is normal in size. There is normal left ventricular wall thickness. Left ventricular systolic function is normal. Ejection Fraction = 55-60%. The transmitral spectral Doppler flow pattern is suggestive of impaired LV relaxation. No regional wall motion abnormalities noted.

### Right Ventricle
The right ventricle is normal in size and function.

**Atria**
The left atrial size is normal. Right atrial size is normal. The atrial septum is aneurysmal.
**Mitral Valve**
There is mild mitral valve prolapse. There is mild mitral regurgitation.
**Tricuspid Valve**
The tricuspid valve is normal. There is trace tricuspid regurgitation.
**Aortic Valve**
The aortic valve is trileaflet. The aortic valve opens well. No aortic regurgitation is present.
**Pulmonic Valve**
The pulmonic valve is not well seen, but is grossly normal. Trace pulmonic valvular regurgitation.
**Great Vessels**
The aortic root is normal size.
**Pericardium/Pleural**
There is no pericardial effusion.

**Reading Physician:** _____
                John Yacoub, MD, FACC  on 10/10/2016 03:13 PM
**Ordering Physician:** Wilson, W. Eric, M.D.
**Primary Care Physician:** Wilson, W. Eric, M.D.

10 13 16

FCC BOP TERRE HAUTE, IN
William Eric Wilson M.D.
Clinical Director (FCC /USP):

*William E. Wilson M.D.*
*Electronic Signature*



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MILLER, RANDALL | **Facility** USP Terre Haute | **Collected** 09/26/2016 07:00 |
| **Reg #** 05019-089 | **Order Unit**   **RCH Unit** | **Received** 09/27/2016 11:34 |
| **DOB** ▮▮▮59 | **Provider** William Wilson, MD | **Reported** 09/27/2016 13:37 |
| **Sex** M | | **LIS ID** 271161827 |

## CHEMISTRY

| Test | | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 142 | 136-146 | mEq/L |
| Potassium | | 3.9 | 3.6-4.9 | mEq/L |
| Chloride | | 102 | 98-108 | mEq/L |
| CO2 | | 23 | 22-29 | mmol/L |
| BUN | | 15 | 7-24 | mg/dL |
| Creatinine | | 0.8 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.5 | 8.6-10.4 | mg/dL |
| Glucose | | 89 | 70-110 | mg/dL |
| AST | | 16 | 10-37 | U/L |
| ALT | | 19 | 8-40 | U/L |
| Alkaline Phosphatase | | 51 | 49-126 | U/L |
| Bilirubin, Total | | 0.6 | 0.1-1.1 | mg/dL |
| Total Protein | | 6.7 | 6.3-8.3 | g/dL |
| Albumin | | 4.1 | 3.5-5.0 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.58 | 1.00-2.30 | |
| Anion Gap | | 16.7 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | | 18.8 | 5.0-30.0 | |
| Uric Acid | | 5.2 | 4.4-8.2 | mg/dL |
| Cholesterol | | 171 | 50-200 | mg/dL |
| Triglycerides | | 104 | <150 | mg/dL |
| HDL Cholesterol | | 74 | 35-80 | mg/dL |
| LDL Cholesterol (calc) | | 76 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 2.3 | 0.0-4.0 | |
| CRP | | 3.6 | <5.0 | mg/L |
| Rheumatoid Factor | H | 235.1 | <14.0 | ug/mL |

## SPECIAL CHEMISTRY

| Test | Result | Reference | Units |
|---|---|---|---|
| PSA, Total | 0.98 | <3.50 | ng/mL |

The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

| Test | Result | Reference | Units |
|---|---|---|---|
| TSH | 2.13 | 0.50-5.00 | uIU/mL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical



**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MILLER, RANDALL | **Facility** USP Terre Haute | **Collected** 09/26/2016 07:00 |
| **Reg #** 05019-089 | **Order Unit**     **RCH Unit** | **Received** 09/27/2016 11:34 |
| **DOB** ████59 | **Provider** William Wilson, MD | **Reported** 09/27/2016 13:37 |
| **Sex** M | | **LIS ID** 271161827 |

## HEMATOLOGY

| Test | Value | Reference | Units |
|---|---|---|---|
| WBC | 8.5 | 3.5-10.5 | K/uL |
| RBC | 4.35 | 4.10-6.00 | M/uL |
| Hemoglobin | 13.8 | 12.0-17.5 | g/dL |
| Hematocrit | 42.8 | 38.8-50.0 | % |
| MCV | 98.3 | 76.0-100.0 | fL |
| MCH | 31.8 | 27.0-33.0 | pg |
| MCHC | 32.3 | 28.0-36.0 | g/dL |
| RDW | 12.6 | 12.0-15.0 | % |
| Platelet | 192 | 150-450 | K/uL |
| Neutrophils % | 58.4 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | |
| Total Lymphocytes % | 32.1 | | % |
| Monocytes % | 5.0 | | % |
| Eosinophils % | 4.1 | | % |
| Basophils % | 0.4 | | % |
| Neutrophils # | 5.0 | 1.1-7.9 | K/uL |
| Total Lymphocytes # | 2.7 | 0.5-4.7 | K/uL |
| Monocytes # | 0.4 | 0.0-1.3 | K/uL |
| Eosinophils # | 0.35 | 0.00-0.70 | K/uL |
| Basophils # | 0.0 | 0.0-0.2 | K/uL |

## HEMOGLOBIN A1C

| Test | Value | Reference | Units |
|---|---|---|---|
| Hemoglobin A1C | 5.1 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**FLAG LEGEND**   L=Low   Ll=Low Critical   H=High   Hl=High Critical   A=Abnormal   A!=Abnormal Critical

575 Rivergate Lane, Ste. 106
Durango, CO 81301

06d1065912
*Alexander R. Cudkowicz, MD*

Provider: WILLIAM WILSON
FCC-Terre Haute, Bureau of Prisons
4200 Bureau Road North
Terre Haute, IN
Terre Haute, IN 47802
(812) 238-3439

Name/DOB: MILLER, RANDALL (     59)
Sex: M       Age: 57
Address:     00000

Phone No.:

Draw Date: 9/26/2016   6:00 AM
Delivery Date: 9/27/2016   11:40 AM
Approval date: 9/29/2016   3:18 PM

Sample ID: 259078
Patient ID: 0000069786

SAMPLE NUMB
05019-089

| TEST NAME | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **Antinuclear Antibodies Direct** | | | | MJR |
| Antinuclear Ab, S | 0.2 | | U | <=1.0 (Negative) |

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Laboratory Director: William G. Morice, II, M.D., Ph.D.

Reviewed by: _____

Sample ID: 259078/1
REPRINT: Orig. printing on 9/29/2016 (Final)
Case 2:97-cr-00098-JPS   Filed 01/09/17   Page 5 of 14   Document 2189-1

575 Rivergate Lane, Ste. 106
Durango, CO 81301

06d1065912
*Alexander R. Cudkowicz, MD*

Provider: WILLIAM WILSON
FCC-Terre Haute, Bureau of Prisons
4200 Bureau Road North
Terre Haute, IN
Terre Haute, IN 47802
(812) 238-3439

Name/DOB: MILLER, RANDALL ( ███59)
Sex: M  Age: 57
Address: 00000

Phone No.:

Draw Date: 9/26/2016  6:00 AM
Delivery Date: 9/27/2016  11:40 AM
Approval date: 9/29/2016  3:18 PM

Sample ID: 259079
Patient ID: 0000069786

SAMPLE NUME
05019-089

| TEST NAME | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| | | | | | MJR |
| **CCP IgG Antibodies** | | | | | |
| Cyclic Citrullinated Peptide IgG | | 130 (H) | UNITS | <20 | |
| Strong Positive | | | | | |

Test performed at Warde Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108   800-876-6522
William G. Finn, MD  - Medical Director

Reviewed by: _____

Sample ID: 259079/1
REPRINT: Orig. printing on 9/29/2016 (Final)
Case 2:97-cr-00098-JPS   Filed 01/09/17   Page 6 of 14   Document 2189-1

575 Rivergate Lane, Ste. 106
Durango, CO 81301

*06d1065912*
*Alexander R. Cudkowicz, MD*

Provider: WILLIAM WILSON
FCC-Terre Haute, Bureu of Prisons
4200 Bureau Road North
Terre Haute, IN
Terre Haute, IN 47802
(812) 238-1531

Name/DOB: MILLER, RANDALL (          /59)
Sex: M          Age: 57
Address:        00000

Phone No.:

Draw Date: 9/26/2016   6:00 AM
Delivery Date: 9/27/2016   11:40 AM
Approval date: 9/27/2016   4:30 PM

Sample ID: 259077
Patient ID: 0000069786

SAMPLE NUME
05019-089

| TEST NAME | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| **Sed Rate** | | | | | TCV |
| Sed Rate | 5 | | mm/hr | 0-20 | |

Reviewed by: _____

Sample ID: 259077/1
REPRINT: Orig. printing on 9/27/2016 (Final)
Case 2:97-cr-00098-JPS   Filed 01/09/17   Page 7 of 14   Document 2189-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY PAUL GRUBER,<br><br>Defendant. | No. CR94-2022-LRR<br><br>ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

This matter comes before the court on its own motion under 18 U.S.C. § 3582(c)(2).

The United States Sentencing Commission recently revised the United States Sentencing Guidelines ("USSG") applicable to drug trafficking offenses by changing how the base offense levels in the drug quantity tables incorporate the statutory mandatory minimum penalties for such offenses. Specifically, Amendment 782 (subject to subsection (e)(1)) generally reduces by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in USSG §2D1.1 and made parallel changes to USSG §2D1.11. Because Amendment 782 (subject to subsection (e)(1)) alters the threshold amounts in the drug quantity tables in USSG §2D1.1 and USSG §2D1.11, many, but not all, drug quantities will have a base offense level that is two levels lower than before Amendment 782 (subject to subsection (e)(1)).

The court is statutorily precluded from applying a federal sentencing guideline amendment retroactively unless the United States Sentencing Commission designates an amendment for retroactive application. In relevant part, 18 U.S.C. § 3582 provides:

> The court may not modify a term of imprisonment once it has
> been imposed except that . . . in the case of a defendant who

> has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. [§] 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in [18 U.S.C. §] 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(2); *see also Dillon v. United States*, 560 U.S. 817, 826 (2010) ("Section 3582(c)(2)'s text, together with its narrow scope, shows that Congress intended to authorize only a limited adjustment to an otherwise final sentence and not a plenary resentencing proceeding."); *United States v. Auman*, 8 F.3d 1268, 1271 (8th Cir. 1993) ("Section 3582(c)(2) is a provision that permits a district court to reduce a term of imprisonment if the sentencing range upon which the term was based is subsequently lowered by the Sentencing Commission.").

The United States Sentencing Commission promulgated USSG §1.B1.10 to implement 28 U.S.C. § 994(u) and to provide guidance to a court when considering a motion under 18 U.S.C. § 3582(c)(2). In relevant part, USSG §1B1.10 states:

> In a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (d) below, the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. § 3582(c)(2). As required by 18 U.S.C. § 3582(c)(2), any such reduction in the defendant's term of imprisonment shall be consistent with this policy statement.

USSG §1B1.10(a)(1); *see also* USSG §1B1.10, comment. (n.1) ("Eligibility for consideration under 18 U.S.C. § 3582(c)(2) is triggered only by an amendment listed in subsection (d) that lowers the applicable guideline range . . . ."). In addition to specifying which federal sentencing guidelines may be retroactively applied, USSG §1B1.10 guides

2

the court as to the amount by which a sentence may be reduced under 18 U.S.C. § 3582(c)(2). *See* USSG §1B1.10(b)(1).

On July 18, 2014, the United States Sentencing Commission unanimously voted to apply Amendment 782 (subject to subsection (e)(1)) retroactively to most drug trafficking offenses, and it set November 1, 2014 as the date that Amendment 782 (subject to subsection (e)(1)) would go into effect. Stated differently, Amendment 782 (subject to subsection (e)(1)) is included within subsection (d) of USSG §1B1.10. Consequently, under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10, the court may rely on Amendment 782 (subject to subsection (e)(1)) to reduce a defendant's sentence. But, even if Amendment 782 (subject to subsection (e)(1)) is applicable, a special limiting instruction applies: "The court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." USSG §1B1.10(e)(1); *see also* Amendment 788 (amending USSG §1B1.10).

At the court's request, the United States Probation Office prepared a memorandum that, among other things, addresses the defendant's eligibility for a sentence reduction under 18 U.S.C. § 3582(c)(2) and calculates the defendant's amended guideline range. The United States Probation Office also provided the court with additional information in support of its memorandum. That information includes, but is not limited to, the defendant's pre-sentence investigation report and the Federal Bureau of Prison's report on the defendant.

Regarding a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2), the court held a hearing on May 12, 2015. In light of the hearing concerning Amendment 782 (subject to subsection (e)(1)), the court concludes that a reduction under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10 is justified. *See United States v. Curry*, 584 F.3d 1102, 1104 (8th Cir. 2009) (discussing *United States v. Wyatt*, 115 F.3d 606, 608-09 (8th Cir. 1997)) (explaining requirements under USSG §1B1.10(b)). Having reviewed the defendant's file, the provisions and commentary of USSG §1B1.10, the factors set forth

3

Case 2:97-cr-00098-JPS   Filed 01/09/17   Page 10 of 14   Document 2189-1
Case 6:94-cr-02022-LRR   Document 1582   Filed 05/27/15   Page 3 of 5

in 18 U.S.C. § 3553(a), the nature and seriousness of the danger to any person or community that may be posed by a reduction in the defendant's term of imprisonment and the defendant's post-sentencing conduct, the court deems it appropriate to exercise its discretion and grant the defendant the maximum reduction permitted under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10.[1] The defendant's previously imposed term of imprisonment, that is, life, as reflected in the amended judgment dated February 24, 2000, is reduced to 360 months imprisonment. The defendant's new sentence of 360 months imprisonment applies to count 1, count 2 and count 38 of the second superseding indictment. Except as provided above, all provisions of the amended judgment dated February 24, 2000 remain in effect. The duration and conditions of the defendant's supervised release remain unchanged. This order will take effect on November 2, 2015.

The clerk's office is directed to send and fax or email a copy of this order to the Federal Bureau of Prisons, that is, the place where the defendant, USM No. 09074-045, is currently incarcerated. The clerk's office is also directed to send a copy of this order to the defendant, retained counsel, the office of the Federal Public Defender, the office of

---

[1] For purposes of the instant order, the court relied on the following determinations:

| Previous Offense Level: | 44 | Amended Offense Level: | 42 |
|---|---|---|---|
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | life | Amended Guideline Range: | 360 to life |

The reduced sentence of 360 months imprisonment on count 1, count 2 and count 38 of the second superseding indictment is within the amended guideline range.

4

the United States Attorney and the office of United States Probation.

IT IS SO ORDERED.

DATED this 27th day of May, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

5

Case 2:97-cr-00098-JPS   Filed 01/09/17   Page 12 of 14   Document 2189-1
Case 6:94-cr-02022-LRR   Document 1582   Filed 05/27/15   Page 5 of 5

# Kanzler Landscape Contractor, Inc.

December 27, 2016

To whom it may concern,

Randall Miller was an employee of Kanzler Landscape Contractor's approximately 20 years ago, prior to incarceration. He operated heavy equipment, drove trucks, and did concrete work. Randall left on good standings, was a dependable, honest, and experienced employee. Upon the release of Randall, he will have a guaranteed full time job at Kanzler Landscape Contractor's. Randall was an asset to my company and I believe he will be an asset to the community. If you have any questions please contact me at 815-378-8471.

Sincerely,

*[signature]*

Jim Kanzler

President

12-20-2016

Dear Judge J.P. Stadtmueller,

    Allow me to take a moment of your time. Back in 1985 I met Randall E. Miller, he and I dated on and off for a year or so. I had married a couple years later but he and I remained close friends. Randy was at my wedding, he was present for the birth of my son, my son carries his name and my husband chose him to be our sons God Father.

I am no stranger to Mr. Miller's life and how he lived as a young man. I know what his charges were as well as his sentence. From 1998 to January 2011 I had started a new life; I remarried, raised my children and I now have grandchildren.

It wasn't until late 2010, when my son was approximately 21, that he came to me asking if it were ok to reach out to Mr. Miller or if I had an issue and if not, could I help locate him. I thought about it and after some time, agreed to get the two in touch through a 3rd party. You see your Honor, it was my sons father, my ex husband that was the main government informant in this case. My son as well as I was greatly impacted due to this cooperation, so you may understand my hesitation in the beginning.

    Some time had passed and I agreed to speak to Mr. Miller. It did not take long for me to realize I was no longer speaking to the Randall Miller of the past. I heard a new man, a man with different ideas, thoughts and character. In time I decided to finally pay him a visit and have been visiting since April 2011 and since January 2011, we speak daily. I wanted you to know I have come to know a man no one has seen. He is kind, caring, considerate, thoughtful, ambitious, pleasant, loving, generous and compassionate. He is also a man of remorse and regret.

I know beyond a shadow of a doubt he is renewed because only a man that is regenerated by Jesus Christ can be changed like he has. Mr. Miller has cared for several men while involved in the Companion Program at Springfield Medical Center for Federal Prisoners where he served the needs of aging inmates.

Mr. Miller interacts with my parents, my children and now my grandchildren, they call him Grandpa. Your Honor I could keep you for hours with the changes and the good I now see in this man now, however I have already taken much of your time.

If ever Mr. Miller is given an opportunity of freedom, I can assure you he would be an upstanding member of society, a productive working man, a husband, son in law, step father as well as grandfather with gainful employment, a home, a wife, family and a church home.

Thank you for your time

Sincerely,

*Tracy M. Seitz*
Tracy M. Seitz
7029 26th Ave
Kenosha, WI 53143