UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>RANDALL E. MILLER,<br><br>                              Defendant. | Case No. 97-CR-98-13-JPS<br><br>**ORDER** |

On January 14, 2020, the defendant, Randall E. Miller, filed a motion seeking compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Docket #2205). The Court will order that the government respond to the defendant's motion on or before February 14, 2020.

Accordingly,

**IT IS ORDERED** that the government file a response to the defendant's motion for compassionate release (Docket #2205) on or before February 14, 2020; and

**IT IS FURTHER ORDERED** that the Clerk of Court send a copy of this Order to the Chief Probation Officer, Michael Klug.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2020.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge