

U.S. Department of Justice
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000
Springfield, Missouri

# Inmate Companion Program Volunteer Evaluation

**Name of Volunteer:** Randall Miller, #05019-089
**Date of evaluation:** May 22, 2015
**Name/designation of supervisor:** Christine Nemeti, LCSW, Inmate Companion Program Supervisor

*1) Poor 2) Needs Improvement 3) Satisfactory 4) Meets expectations 5) Surpasses expectations*

| | |
|---|---|
| Volunteer's work quality: | 5 |
| Decision making ability: | 5 |
| Attendance: | 5 |
| Accomplishment of job deadlines: | 5 |
| Job knowledge and proficiency: | 5 |
| Involvement of volunteer in team effort/work: | 5 |
| Receptiveness to changing work environment: | 5 |
| Volunteer discipline: | 5 |
| **Volunteer overall performance:** | **5** |

Volunteer's strength: Mr. Miller shows much dedication to the Inmate Companion and Palliative Care program. He is willing to assist with any patient in the program and always presents with a positive attitude. He works well with staff and inmates and seems to genuinely care for the inmates he is assisting.

Supervisor Remarks: Mr. Miller has been an extremely valuable asset to the Inmate Companion Program for almost three years. He volunteers many hours each week to assist extremely ill patients with socialization, letter writing, and day-to-day activities. He sits with dying inmates and interacts with them in their last days and hours. I would highly recommend him to any hospice program.

Christine Nemeti, LCSW