# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

July 16, 2020

Honorable J. P. Stadtmueller
United States District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. Randall Miller*
      Case No. 97-CR-98

Dear Judge Stadtmueller:

In response to the Court's July 6, 2020 Order, I am notifying the Court that our office will be filing a supplement to Mr. Miller's *pro se* motion for compassionate release. I apologize for the delay in meeting the Court's order. Simply stated, there is a lot of information to review in this case.

While we will endeavor to file that supplement with the Court as soon as possible, given the volume of medical records and other material, we ask the Court to allow us four weeks to file the supplemental motion. Thank you.

Sincerely,

*s/John W. Campion*

JWC/jmb