UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

   *Plaintiff,*

  *vs.*            Case No. 97-cr-98

RANDALL MILLER,

   *Defendant.*

---

**NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT**

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that, the individual defendant in the above-referenced matter, is represented by Federal Defender Services of Wisconsin, Inc., through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 17th day of July, 2020.

           Respectfully submitted,

           */s/ Joshua D. Uller*
           Joshua D. Uller, WI Bar #1055173
           Federal Defender Services
            of Wisconsin, Inc.
           517 E. Wisconsin Avenue – Room 182
           Milwaukee, WI  53202
           Tel.  (414) 221-9900
           Email:  joshua_uller@fd.org

           *Counsel for Defendant, Randall Miller*