UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                    Case No. 97-cr-98

RANDALL MILLER,

    *Defendant.*

**AMENDED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT**

Earlier today, the defense filed an unopposed motion for extension of time to supplement the defendant's pro se motion for compassionate release. R. 2218. That motion proposed a briefing schedule and indicated that the government didn't oppose the motion. After filing the motion, counsel discovered that he had missed part of the government's email indicating the government didn't oppose the motion. The proposed briefing schedule does not work for the government as AUSA Craft will be out of the office and in trial at the end of August and into September. The government has asked for a response date of September 25. Given the government's requests, the defense proposes the following briefing schedule:

Defense Supplement Due: September 4, 2020

Government Response Due: September 25, 2020

Defense Reply Due: October 2, 2020

Dated at Milwaukee, Wisconsin, this 10th day of August, 2020.

Respectfully submitted,

*/s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: joshua_uller@fd.org

*Counsel for Defendant, Randall Miller*