Gov Exhibit 1

Before completing this application, please review Program Statement 5050.49, Compassionate Release/Reduction in Sentence (RIS), available in the law library. Detailed instructions for the application are on TRULINKS.

## REDUCTION IN SENTENCE APPLICATION

NAME: Randall Miller    REG No. 05019-089    Date: 7-25-19

WHO IS YOUR PHYSICIAN (circle):    Lear    (Moose)    Pearson    Patel    Wells    Satterly    Zimmer    Corsolini

Choose **One** Criteria: You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**
[X] Medical Circumstances:
  [ ] Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy
  [X] Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled

[ ] Elderly Inmates with a Medical Condition:
  [ ] "New Law" Elderly Inmates – Have to have served 30 years of a sentence
  [ ] Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.

[ ] Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)

**To be filled out by Inmate:**

Briefly describe your medical condition: I am an above the knee amputee. I have severe rheumatoid arthritis and they have tried several meds to no avail

If you have applied before, has anything changed in your medical condition since your last application? N/A

Proposed Release Plan (must have ALL of the following):
Name and contact information of who you will live with: Janice Tomaszewski, 262-215-4541, 316 Haskins St, Lake Geneva, WI 53147 ex-wife

When was the last time you spoke to this person concerning your release plan? last week

Address of where you will be living: Da Poplar, DeWoon WI,

Where will you receive your medical treatment? 316 Haskins St, Lake Geneva WI 53147

How will you pay for your treatment? I will get insurance through last employer

Additional Comments: My disease is progressing at a fast pace and they have tried 3 different treatments to no avail and if we dont find a med to slow it down I go to a crippling stage and my disease has no cure.

**For Staff Use Only:**

Elderly Inmate with Medical Conditions:
  Age: _____ (Must be **65** or older)
  Have you served more than 50% of your imposed sentence?    YES [ ]    NO [ ]
  Sentence Computation: _____

Elderly Inmates with NO Medical Conditions:
  Age: _____ (Must be **65** or older)
  Have you the greater of 10 years or 75% of your federal sentence?
    [ ] YES    [ ] NO
  Sentence Computation _____

PRD LIFE, SERVED 17 YRS, 5 months
60 yrs old, VNS Notifications, CIMS
HAS NOT ACCEPTED DAS