Kraft, Carol (USAWIE)         Gov Exhibit 3

---

| From: | Amy Standefer-Malott <aStandefer@bop.gov> |
|---|---|
| Sent: | Wednesday, September 30, 2020 8:22 AM |
| To: | Kraft, Carol (USAWIE) |
| Subject: | Re: Fwd: Inmate Randall Miller # 05019-089 |

See below.

>>> Kacey Tilley 9/30/2020 7:51 AM >>>
Amy,

He is in a single-man room according to his case manager.

>>> Amy Standefer-Malott 9/29/2020 3:22 PM >>>
Kacey:

See below question.

Thanks,
Amy

>>> Amy Standefer-Malott 9/29/2020 3:21 PM >>>
Hi Shane:

See bolded part of the paragraph below. I already provided her with the inmate's request for RIS. Could you find out his housing situation? I'm assuming he has a cellmate.

Thanks,
Amy