# EXHIBITS

Randall E. Miller
Reg. No. 05019-089
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

November 15, 2024

Honorable J.P. Stadtmueller
United States Courthouse
517 E. Wisconsin Ave, Rm 362
Milwaukee, WI 53202

Re: Letter in regards to victims of my actions

Dear Judge Stadtmueller:

     I have tried to write this letter 1,000 times because it has been such a heavy burden on my heart for a very long time. I have to admit that I was wrong and accept responsibility for the fact that my choices have caused pain to people and should have never happened. I owe my most sincere apologies to Ginger Blossom and Gary Gauger for their suffering and pain due to the loss of their parents because of the senseless act that took their lives.

Every single day it eats away at me because I was not raised to be the man who made such a cold hearted decision to act and commit this very serious transgression. I use to blame the drugs and the "life" but in the end, I have to admit that it was me who made the choice and for that, I apologize to the families even though I know that it will never be enough.

One occassion that is plastered in my memory and I will never forget is the day that Donald Wagners daughter screamed in the courtroom, "he killed my father." There has not been a day that goes by that I do not hear those piercing words because I took her father from her and it was for something

1.

senseless and never should have happened. I feel that it is important to apologize to Heather for denying her the opportunity to have a meaningful relationship with her father who was suppose to be there for her first date, driving lessons, graduation, wedding, and the opportunity to have met his grandchildren if she had any children.

I truly realize that these are just words and that only my actions going forward to the end of my life are what will define how truly repentant I am. I began my journey to change who I am in 2003 when I accepted Jesus Christ as my lord and savior and decided to live my life by his standards. In the bible I read that "when you are new in the Christ all the old is gone" (2 Corinthians 5:17). That is in no way said to excuse my behavior, I know it has helped me to gain the strength to stay committed to being who I am today.

I accept the responsibilty for not only those people that I mentioned in this letter by name but those who were effected in the community and also my family whom I let down and disappointed. I hope that this will allow the people who I have hurt to have some closure and to cleanse my heart by begging for forgiveness at this late stage in my life and pray that the families and the Almighty grant me their grace.

Sincerely,

*Randall E. Miller*

HANNAH L. LOWERY
NOTARY PUBLIC
MINNESOTA
My Commission Expires January 31, 2027

02/12/2024

2.

Federal Medical Center
P.O. Box 4000
Rochester, MN 55903-4000

Legal Mail

CERTIFIED MAIL
7020 2450 0002 2370 1515

RECEIVED
FEB 27 2024
JP STADTMUELLER
U.S. DISTRICT COURT

United States District Court
Eastern District of Wisconsin
Milwaukee, Wisconsin 53202
J.P. Statmueller
Chambers of Honorable
United States District Judge

5320