

Randall E. Miller
Reg. No. #05019-189
FMC Rochester
P.O. Box 4000
Rochester, MN 55903



U.S. District Court
Wisconsin Eastern

**MAY 04 2026**

FILED
Clerk of Court

April 28, 2026

Honorable J.P. Stadtmueller
U.S. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re: United States v. Randall Miller
         Case No. 97-CR-98

Dear Judge Stadtmueller:

    I would like to respond to the governments mischaracterization of my condition as it now stands. I have been suffering from Pulmonary and Respiratory problems that have gotten worse since my last petition filed in your court. My lungs disease has worsened dramatically in the pasttwo years to the point that I have to now have "chest vest" therapy. I have been hospitalized numerous times for pneumonia and when I had imaging done the doctors at Mayo found that my lungs look like crushed glass. The government has either failed to read the medical records or has drastically misunderstood my diagnosis. I am confined to a wheelchair due to amputation, my hearing is supported by hearing aides, when the weather changes a few degrees my breathing becomes labored and I have to protect my lungs by covering my head so I do not breathe in cold air.

I do understand the court's hesitancy in granting my compassionate release in 2024

1.

based on the §3553 factors, but my health has dramatically changed for the worst and my age, and the fact that my condition will not get better should hopefully give this court an idea that I am incapable of being a danger to the community as I once was. Court's around the country have considered the circumstance's of men such as myself who were convicted of RICO and murder, (United States v. Manna, 2025 U.S. Dist. LEXIS 72609 (Dist.J.N.J. 2025; United States v. Tidwell, 476 F.Supp. 3d. 66 (E.D. Pa. 2020; United States v. Redd, 444 F.Supp. 3d. 717 (E.D. Va. 2020); United States v. Guzman, ?2020 U.S. Dist. LEXIS 131749, 2020 WL 4233049 (S.D.N.Y 2020); United States v. Wong Chi Fai, 2019 U.S. Dist. LEXIS 126774, 2019 WL 3428504 (E.D. N.Y. 2019), and were granted compassionate release due to their deteriorating health and the fact that the court's agreed that the sentences ranging from 23-35 years that were served were sufficient to promote deterrence, just punishment, and respect for the law.

In other words, I do understand the seriousness of the offense and expressed to this court how I feel about my decisions but that person is not the same person requesting compassionate release and ask this court to grant my request for a reduction in my sentence pursuant to 18 U.S.C. §3582 with any of the stipulations that this court deems just.

Respectfully submitted,

Randall E. Miller
Reg. No. #05019-189
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

2.